On respondent's petition for reconsideration filed May 26, and appellant's response to the state's petition for reconsideration filed June 1, motion for relief from default granted; reconsideration allowed; former disposition (201 Or App 358, 118 P3d 854) withdrawn; affirmed July 26, petition for review denied November 21, 2006
(342 Or 46)

## STATE OF OREGON,
*Respondent,*

*v.*

## ROBERT LAMONT McCLAIN,
*Appellant.*

03C-52209; A124626

139 P3d 1030

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, for petition.

Jamesa J. Drake, Deputy Public Defender, Office of Public Defense Services, for response.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).